# AFFIDAVIT OF PROCESS SERVER

### United States District Court

### District Of Columbia

**Equal Rights Center and Marc Fielder**

    Plaintiff

vs.

**Hilton Hotels Corporation**

    Defendant

Attorney:

Constantine Cannon LLP
Laura Fentonmiller
1627 I St NW, Suite 1000
Washington, DC. 20006

**Case Number:** 07-1528 JR

Legal documents received by Same Day Process Service on August 31st, 2008 at 10:06 AM to be served upon **Hilton Hotels Corporation, c/o U.S. Corporation Company at 1090 Vermont Ave., NW, Suite 430, Washington, DC. 20005**

I, Brandon A. Snesko, swear and affirm that on **August 31st, 2007 at 12:05 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint to Renee Rice as Team Leader** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 6'0   Weight: 200   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

District of Columbia : SS
Subscribed and Sworn to before me
this 4TH day of September 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000004445

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.