AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EQUAL RIGHTS CENTER and
MARC FIEDLER )
      Plaintiff(s) )   **APPEARANCE**
 )
 )
      vs. )   CASE NUMBER   1:07-cv-01528-JR
HILTON HOTELS CORPORATION )
 )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Minh N. Vu** as counsel in this
                         (Attorney's Name)

case for: **Hilton Hotels Corporation**
             (Name of party or parties)

9/11/07
Date

/s/ Minh N. Vu
Signature

444305
BAR IDENTIFICATION

Minh N. Vu
Print Name

1227 - 25th Street, NW
Address

Washington, DC  20037
City    State    Zip Code

202 861 1841
Phone Number