CO-386-online
10/03

# United States District Court
# For the District of Columbia

Equal Rights Center and Mark Fiedler )
)
)
vs    Plaintiff )   Civil Action No. 1:07-cv-01528-JR
)
Hilton Hotels Corporation )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Hilton Hotels Corporation   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Hilton Hotels Corporation   which have any outstanding securities in the hands of the public:    None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

444305
_____
BAR IDENTIFICATION NO.

Minh N. Vu
_____
Print Name

1227 - 25th Street, NW
_____
Address

Washington, DC   20037
_____
City          State          Zip Code

202 861 1841
_____
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2007, I served a copy of the foregoing Certificate Rule LCvR 7.1 form through the Court's electronic filing system on

Laura C. Fentonmiller, Esq.
Constantine Cannon LLP
1627 I Street, N.W., Suite 1000
Washington, D.C. 20006

and by First Class Mail on

Elaine Gardner, Esq.
Washington Lawyer's Committee for Civil Rights
and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

_____/s/_____
Minh N. Vu, Esq.

DC:1097136v1