IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>and<br><br>MARC FIEDLER,<br><br>               Plaintiffs,<br><br>    *v.*<br><br>HILTON HOTELS CORPORATION,<br><br>              Defendant. | Civ. Action No. 1:07-cv-01528-JR |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR
HILTON HOTELS CORPORATION  TO FILE A RESPONSIVE PLEADING**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Defendant Hilton Hotels Corporation ("Hilton") moves for an extension of time to file a responsive pleading to the Complaint to and including November 5, 2007.  Plaintiff's counsel consents to this extension.  The extension is necessary to allow Hilton's counsel, who has just recently been retained to defend this matter, to investigate adequately the allegations and prepare an appropriate response.  In addition, the extension will allow the parties to explore the possibility of resolving this matter without further litigation.

                Respectfully submitted,

                EPSTEIN BECKER & GREEN, P.C.

                /s/
                Frank C. Morris, Jr. (Bar No. 211482)
                Minh N. Vu (Bar No. 444305)
                1227 25th Street, N.W.
                Suite 700
                Washington, D.C. 20037
                (202) 861-0900
                (202) 296-2882 (fax)

DC:1096995v1


                                        Lisa A. Krupika (not admitted in D.C.)  
                                        Burch, Porter & Johnson, PLLC  
                                        130 N. Court Avenue  
                                        Memphis, Tennessee 38103  
                                        (901) 524-5121  
                                        (901) 524-5024 (fax)

DATED: September 11, 2007            Counsel for Defendant

DC:1096995v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2007, I served a copy of the foregoing Consent Motion for an Extension of Time for Hilton Hotels Corporation to file a Responsive Pleading and Proposed Order through the Court's electronic filing system on

    Laura C. Fentonmiller, Esq.
    Constantine Cannon LLP
    1627 I Street, N.W., Suite 1000
    Washington, D.C. 20006

and by First Class Mail on:

    Elaine Gardner, Esq.
    Washington Lawyer's Committee for Civil Rights
    and Urban Affairs
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C.  20036

                                                    /s/
                                              Minh N. Vu, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER

and

MARC FIEDLER,

            Plaintiffs,

     v.

HILTON HOTELS CORPORATION,

            Defendant.

Civ. Action No. 1:07-cv-01528-JR

**ORDER**

Upon consideration of the Consent Motion for an Extension of Time for Hilton Hotels Corporation to file a Responsive Pleading to the Complaint, it is this ___ day of _____, 2007, hereby

ORDERED that the motion be, and the same hereby is, GRANTED;

ORDERED that Defendants shall file a responsive pleading by November 5, 2007.

**SO ORDERED.**

_____
United States District Judge

DC:1097011v1