AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EQUAL RIGHTS CENTER and  
MARC FIEDLER                    )
      Plaintiff(s)            )  **APPEARANCE**
                              )
                              )
      vs.                     )  CASE NUMBER    1:07-cv-01528-JR
HILTON HOTELS CORPORATION       )
                              )
      Defendant(s)            )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Frank C. Morris, Jr.  as counsel in this
                                            (Attorney's Name)

case for:  Hilton Hotels Corporation
                  (Name of party or parties)


9-11-07  
Date

/s/ Frank C. Morris Jr.  
Signature

211482  
BAR IDENTIFICATION

Frank C. Morris, Jr.  
Print Name

1227 - 25th Street, NW  
Address

Washington, DC  20037  
City            State           Zip Code

202 861 1880  
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2007, I served a copy of the foregoing Appearance of Attorney form for Frank C. Morris, Jr. through the Court's electronic filing system on

>Laura C. Fentonmiller, Esq.
>Constantine Cannon LLP
>1627 I Street, N.W., Suite 1000
>Washington, D.C. 20006

and by First Class Mail on

>Elaine Gardner, Esq.
>Washington Lawyer's Committee for Civil Rights
>and Urban Affairs
>11 Dupont Circle, N.W., Suite 400
>Washington, D.C. 20036

>                              /s/
>              _____
>              Minh N. Vu, Esq.

DC:1097136v1