A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center and Marc Fiedler

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER  1:07-CV-01528-JR

Hilton Hotels Corporation

        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   E. Elaine Gardner   as counsel in this
        (Attorney's Name)

case for:   Equal Rights Center and Marc Fiedler
        (Name of party or parties)

9/19/07
Date

271262
BAR IDENTIFICATION

*E. Elaine Gardner* (signature)
Signature

E. Elaine Gardner
Print Name

11 Dupont Circle NW Suite 400
Address

Washington DC 20036
City      State      Zip Code

202-319-1000
Phone Number