UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER,
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

and

MARC FIEDLER,
2737 Devonshire Place, N.W., # 316
Washington, D.C. 20008

    Plaintiffs,

 v.

HILTON HOTELS CORPORATION,
9336 Civic Center Drive
Beverly Hills, CA 90210

    Defendant.

Civil Action No. 1:07-cv-01528-JR

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

  Defendant, Hilton Hotels Corporation ("Hilton"), moves pursuant to LCvR 83.2, that Lisa A. Krupicka, a member of the law firm of Burch, Porter & Johnson, PLLC, and duly admitted and in good standing to practice in the State of Tennessee and the United States District Court, Western District of Tennessee, be admitted *Pro Hac Vice* for leave to practice in this Court as co-counsel for Hilton to assist lead and local counsel Minh Vu and Frank C. Morris, Jr. in these proceedings. Plaintiffs' counsel has consented to this motion. This motion is brought on the following:

  1. Filed concurrently herewith is a declaration from Lisa A. Krupicka ("Admittee"), stating that (i) the Admittee is duly admitted and in good standing to practice in the State of

DC:1104230v1

Tennessee and the United States District Court, Western District of Tennessee; (ii) there are no disciplinary proceedings pending against the Admittee as a member of the bar of any jurisdiction; and (iii) the Admittee is fully familiar with the facts and circumstances of this case, along with the relevant local rules and procedures.

2.      Admittee joins, pursuant to LCvR 83.2(c)(1), Minh Vu and Frank C. Morris, Jr. of Epstein Becker & Green, P.C., who are both attorneys duly admitted and in good standing in the Bar of this Court.

WHEREFORE, it is respectfully requested that this Court grant leave for Lisa A. Krupicka to appear and practice as co-counsel to Minh Vu and Frank C. Morris, Jr. to represent Defendant Hilton in this case.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

 /s/
Frank C. Morris, Jr. (Bar No. 211482)
Minh N. Vu (Bar No. 444305)
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-0900
(202) 296-2882 (fax)

DATED: September 19, 2007        Counsel for Defendant

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br>11 DuPont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br><br>and<br><br>MARC FIEDLER,<br>2737 Devonshire Place, N.W., # 316<br>Washington, D.C. 20008<br>        Plaintiffs,<br><br>v.<br><br>HILTON HOTELS CORPORATION,<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210<br>        Defendant. | Civil Action No. 1:07-cv-01528-JR |

AFFIDAVIT OF LISA A. KRUPICKA IN SUPPORT OF
UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF TENNESSEE     )
                                    ) ss.
COUNTY OF SHELBY        )

I, Lisa A. Krupicka, declare under penalty of perjury:

    1.    My full name is Lisa Ann Krupicka.

    2.    I practice law with the law firm of Burch, Porter & Johnson, PLLC, 130 N. Court Avenue, Memphis, Tennessee 38103; Telephone number 901.524.5000; Facsimile number 901.524.5024;

    3.    I am a member in good standing of the highest court of the State of Tennessee and the Western District of Tennessee of the United States District Court; My Tennessee State Bar number is 12147;

4. There are no disciplinary actions against me or pending against me for violations of the rules of that state court, the District Court or any other court;

5. Other than this application, I have not applied for admission *Pro Hac Vice* to the District Court of the District of Columbia within the last two calendar years;

6. I join of record, as required under LCvR 83.2(c)(1), with Minh Vu, Esq., who is local counsel with Epstein Becker & Green, P.C. in the District of Columbia, whose business information is as follows:

> Minh Vu (Bar No. 444305)
> Epstein Becker & Green, P.C.
> 1227 25th Street, N.W.
> Washington, D.C. 20037
> Telephone: 202.861.0900
> Facsimile: 202.296.2882

Ms. Vu is a member in good standing of the Bar of this Court and maintains an office in the District of Columbia for the practice of law;

7. I do not practice or hold out to practice law in the District of Columbia;

8. I am familiar with Defendant Hilton Hotels Corporation and the facts and circumstances underlying this instant case;

9. I am informed and believe that this instant motion is unopposed by Plaintiffs' counsel;

10. I certify, pursuant to LCvR 83.2(j), that I have made myself personally familiar with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules LcvR 83.8(b) and LcvR 83.9(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  September 17, 2007

_____
Lisa A. Krupicka (TN Bar No. 12147)
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, Tennessee 38103
Tele: (901) 524-5000
Fax: (901) 524-5024

Subscribed and sworn to me this 17th day of September, 2007

_____
Notary Public
For the State of Tennessee, County of Shelby

**MY COMMISSION EXPIRES:**
**March 18, 2009**

[Notary Seal: THERESA D. ESTOPARE, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA
                                    } SS.
WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY That **Lisa A. Krupicka** Was duly admitted to practice in said Court on June 16, 1988 and is in good standing as a member of the bar of said Court.

Dated at Memphis, Tennessee                    THOMAS M. GOULD
                                                Clerk of Court

on September 12, 2007.
                                                By _____,
                                                Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br>11 DuPont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br><br>and<br><br>MARC FIEDLER,<br>2737 Devonshire Place, N.W., # 316<br>Washington, D.C. 20008<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HILTON HOTELS CORPORATION,<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210<br>　　　　　　Defendant. | Civil Action No. 1:07-cv-01528-JR |

## ORDER

Upon the Consent Motion of Defendant Hilton Hotels Corporation., dated September 14, 2007 (the "Motion") for the *pro hac vice* admission of Lisa A. Krupicka, a member of the law firm of Burch, Porter & Johnson, PLLC, duly admitted and in good standing to practice in the State of Tennessee and the United States District Court, Western District of Tennessee, it is hereby

　　ORDERED that the Motion is granted; and it is further

　　ORDERED that Lisa A. Krupicka is admitted to practice *Pro Hac Vice* to represent Defendant Hilton Hotels Corporation and to participate in any proceeding in the above-captioned matter; and it is further

- 2 -

ORDERED that Lisa A. Krupicka familiarize herself with the Local Rules in conjunction with her representation of Defendant Hilton Hotels Corporation in the above-captioned case.

SO ORDERED.

DATED: _____, 2007

_____
United States District Court Judge