**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EQUAL RIGHTS CENTER, *et al.*,   :
                                 :
         Plaintiffs,             :
                                 :
    v.                           :   Civil Action No. 07-1528 (JR)
                                 :
HILTON HOTELS CORPORATION,       :
                                 :
         Defendant.              :

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of Lisa A. Krupicka [8], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                         United States District Judge