UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER,  )
11 Dupont Circle NW, Suite 400  )
Washington, DC 20036  )
 )
and  )
 )
MARC FIEDLER  )   Civil Action No.: 07-1528
2737 Devonshire Place, N.W., # 316  )
Washington, D.C. 20008  )
 )
 )
 )
            Plaintiffs,  )
 )
       v.  )
 )
HILTON HOTELS CORPORATION  )
9336 Civic Center Drive  )
Beverly Hills, CA 90210  )
 )
 )
            Defendant.  )
 )

## CHANGE OF ADDRESS

Please take notice that the undersigned counsel, Laura C. Fentonmiller, is no longer affiliated with the law firm of Sanford Wittels & Heisler, LLP, and the e-mail addresses of fgilbert@nydclaw.com and sjain@nydclaw.com should be removed from any further electronic court filings in this case.

Date: September 21, 2007

*[signature]*
Laura C. Fentonmiller, D.C. Bar #450813
CONSTANTINE CANNON LLP
1627 I Street, N.W., Suite 1000

80546.1

Washington, D.C. 20006
Tel: (202) 204-4538
Fax: (202) 204-3501

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Change of Address was served through the Court's electronic filing system this 21st day of September, 2007 upon the following:

Frank Charles Morris, Jr.
EPSTEIN, BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037
(202) 861-1880
Fax: (202) 296-2882
Email: fmorris@ebglaw.com

Minh N. Vu
EPSTEIN, BECKER & GREEN, PC
1227 25th Street, NW
Washington, DC 20037
(202) 861-1841
Fax: (202) 861-3541
Email: mvu@ebglaw.com

and

Lisa A. Krupicka
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103
(901) 524-5000
Fax: (901) 524-5024
E-mail: lkrupicka@bpjlaw.com

Laura C. Fentonmiller

92310.4