UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                    )
EQUAL RIGHTS CENTER, et al.         )
                                    )
                Plaintiffs,         )
                                    )
        v.                          )   Civ. No.: 1:07-cv-01528-JR
                                    )
HILTON HOTELS CORPORATION,          )
                                    )
                Defendant.          )
_____)

**JOINT MOTION FOR AN EXTENSION OF TIME FOR HILTON HOTELS CORPORATION TO FILE A RESPONSIVE PLEADING**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Hilton Hotels Corporation ("Hilton") and plaintiffs Equal Rights Center and Marc Fiedler (collectively, "Plaintiffs") jointly move for an extension of time for Hilton to file a responsive pleading to the Complaint. The parties have been engaged in settlement discussions and request this extension to attempt to resolve this matter without further litigation. Granting this extension will serve to conserve valuable judicial resources and minimize the expense of litigation to the parties. This Court previously granted Hilton an extension until November 5, 2007. The parties request a further extension of 90 days, until February 4, 2008.

Dated: October 25, 2007


By: ____/s/ Laura C. Fentonmiller_____        By: __/s/ Minh N. Vu_____
    Laura C. Fentonmiller, D.C. Bar #450813          Frank C. Morris, Jr. (D.C. Bar #211492)
    CONSTANTINE CANNON LLP                           Minh N. Vu (D.C. Bar #444305)
    1627 I Street, N.W., Suite 1000                  EPSTEIN BECKER & GREEN, P.C.
    Washington, D.C. 20006                           1227 25th Street, N.W., Suite 700
    Tel: (202) 204-4538                              Washington, D.C. 20037
    Fax: (202) 204-3501                              Tel: (202) 861-0900
                                                     Fax: (202) 296-2882

97209.1

| | |
|---|---|
| Elaine Gardner, D.C. Bar #271262<br>WASHINGTON LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS & URBAN AFFAIRS<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C.  20036<br>Tel: (202) 319-1000<br>Fax: (202) 319-1010<br><br>*Attorneys for Plaintiffs* | Lisa A. Krupika (not admitted in D.C.)<br>BURCH, PORTER & JOHNSON, PLLC<br>130 N. Court Avenue<br>Memphis, Tennessee 38103<br>Tel: (901) 524-5121<br>Fax: (901) 524-5024<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of October, 2007, I served a copy of the foregoing Joint Motion for an Extension of Time for Hilton Hotels Corporation to File a Responsive Pleading and Proposed Order through the Court's electronic filing system on:

>Frank C. Morris, Jr. (D.C. Bar #211492)
>Minh N. Vu (D.C. Bar #444305)
>EPSTEIN BECKER & GREEN, P.C.
>1227 25th Street, N.W., Suite 700
>Washington, D.C. 20037
>Tel: (202) 861-0900
>Fax: (202) 296-2882

and by First Class Mail on:

>Lisa A. Krupika (not admitted in D.C.)
>BURCH, PORTER & JOHNSON, PLLC
>130 N. Court Avenue
>Memphis, Tennessee 38103
>Tel: (901) 524-5121
>Fax: (901) 524-5024

_____/s/ Laura C. Fentonmiller_____
Laura C. Fentonmiller

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                                              )
EQUAL RIGHTS CENTER, et al.            )
                                                              )
                    Plaintiffs,                    )
                                                              )
            v.                                          )    **Civ. No.: 1:07-cv-01528-JR**
                                                              )
HILTON HOTELS CORPORATION,      )
                                                              )
                    Defendant.                  )
_____)

**ORDER**

Upon consideration of the Joint Motion for an Extension of Time for Hilton Hotels Corporation to File a Responsive Pleading to the Complaint, it is this ___ day of _____, 2007 hereby

    ORDERED that the motion be, and the same hereby is, GRANTED;

    ORDERED that Defendant shall file a responsive pleading by February 4, 2008.

    **SO ORDERED.**

_____
United States District Judge

97243.1