UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                                                  )
EQUAL RIGHTS CENTER, et al.          )
                                                                  )
                     Plaintiffs,             )
                                                                  )
               v.                                  )    Civ. No.: 1:07-cv-01528-JR
                                                                  )
HILTON HOTELS CORPORATION,      )
                                                                  )
                     Defendant.            )
_____)

## JOINT MOTION FOR AN EXTENSION OF TIME FOR HILTON HOTELS CORPORATION TO FILE A RESPONSIVE PLEADING

      Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Hilton Hotels Corporation ("Hilton") and plaintiffs Equal Rights Center and Marc Fiedler (collectively, "Plaintiffs") jointly move for an additional 60-day extension of time for Hilton to file a responsive pleading to the Complaint. In response to the parties' prior joint motions, this Court previously granted two extensions to allow the parties to pursue settlement discussions and the current deadline is February 4, 2008. However, due to a death in the family of Plaintiff ERC's President, Rabbi Bruce Kahn, and Plaintiffs' imminent substitution of counsel of record, the parties require additional time to attempt to resolve this matter without further litigation. Accordingly, the parties jointly request a further extension of 60 days, until April 4, 2008. Granting this extension will serve to conserve valuable judicial resources and minimize the expense of litigation to the parties.

DC:1270682v1

Dated: January 22, 2008

By: _____Elaine Gardner /s/_____  
    Elaine Gardner, D.C. (Bar #271262)  
    WASHINGTON LAWYERS' COMMITTEE FOR  
    CIVIL RIGHTS & URBAN AFFAIRS  
    11 Dupont Circle, N.W., Suite 400  
    Washington, D.C. 20036  
    Tel: (202) 319-1000  
    Fax: (202) 319-1010  

    *Counsel for Plaintiffs*

By: _____Minh N. Vu /s/_____  
    Frank C. Morris, Jr. (Bar #211492)  
    Minh N. Vu (Bar #444305)  
    EPSTEIN BECKER & GREEN, P.C.  
    1227 25th Street, N.W., Suite 700  
    Washington, D.C. 20037  
    Tel: (202) 861-0900  
    Fax: (202) 861-3541  

    Lisa A. Krupika (not admitted in D.C.)  
    BURCH, PORTER & JOHNSON, PLLC  
    130 N. Court Avenue  
    Memphis, Tennessee 38103  
    Tel: (901) 524-5121  
    Fax: (901) 524-5024  

    *Counsel for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                            )
EQUAL RIGHTS CENTER, et al.                 )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )   **Civ. No.: 1:07-cv-01528-JR**
                                            )
HILTON HOTELS CORPORATION,                  )
                                            )
            Defendant.                      )
_____)


## **ORDER**

Upon consideration of the Joint Motion for an Extension of Time for Hilton Hotels Corporation to File a responsive pleading to the Complaint, it is this ___ day of _____, 2008 hereby

ORDERED that the motion be, and the same hereby is, GRANTED;

ORDERED that Defendant shall file a responsive pleading by April 4, 2008.

**SO ORDERED.**


                                            _____
                                            United States District Judge

DC:1270688v1