UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                    )
EQUAL RIGHTS CENTER, et al.         )
                                    )
            Plaintiffs,             )
                                    )
       v.                           )   **Civ. No.: 1:07-cv-01528-JR**
                                    )
HILTON HOTELS CORPORATION,          )
                                    )
            Defendant.              )
_____)

## WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned is no longer affiliated with the law firm of Constantine Cannon, and therefore withdraws her appearance on behalf of plaintiffs Equal Rights Center and Mark Fiedler in the above matter. The plaintiffs continue to be represented by other counsel.

Dated:  January 24, 2008

                                        By:  __/s/ Laura C. Fentonmiller_____
                                        Laura C. Fentonmiller, D.C. Bar #450813

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of January, I served a copy of the foregoing Withdrawal of Appearance through the Court's electronic filing system on:

Elaine Gardner, D.C. Bar #271262
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS & URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010
*Counsel for Plaintiffs*

and

Frank C. Morris, Jr. (D.C. Bar #211492)
Minh N. Vu (D.C. Bar #444305)
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
Tel: (202) 861-0900
Fax: (202) 296-2882

and by First Class Mail on:

Lisa A. Krupika (not admitted in D.C.)
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, Tennessee 38103
Tel: (901) 524-5121
Fax: (901) 524-5024
*Counsel for Defendant*

                                                       /s/ Laura C. Fentonmiller
                                                            Laura C. Fentonmiller