A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center et al

       Plaintiff(s)

       vs.

Hilton Hotels Corporation

       Defendant(s)

**APPEARANCE**

CASE NUMBER   1:07-cv-01528-JR

To the Clerk of this court and all parties of record:

Please enter the appearance of  August J. Matteis, Jr.  as counsel in this
                                    (Attorney's Name)

case for:  Equal Rights Center and Marc Fiedler
                 (Name of party or parties)

April 04, 2008
Date

*[signature]*
Signature

August J. Matteis, Jr.
Print Name

433068
BAR IDENTIFICATION

1100 New York Ave. Suite 700
Address

Washington,  DC          20005
City          State       Zip Code

(202) 772-1923
Phone Number