UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, et al ) | | |
| ) | | |
| Plaintiffs, ) | Civ. No.: 1:07-cv-01528-JR | |
| v. ) | | |
| ) | | |
| HILTON HOTELS CORPORATION ) | | |
| ) | | |
| Defendant ) | | |

**JOINT MOTION TO RELIEVE PLAINTIFFS OF THEIR OBLIGATION TO RESPOND TO HILTON HOTELS CORPORATION'S MOTION TO DISMISS AND TO EXTEND THE PARTIES' TIME TO RESPOND**

Pursuant to Rules 7(b), 12 and 15(a) of the Federal Rules of Civil Procedure and Local Rule 7, Plaintiffs move to relieve their obligation to respond to Hilton Hotels Corporation's ("Hilton") motion to dismiss. On April 3, Hilton filed a Motion to Dismiss for lack of jurisdiction, failure to state a claim and failure to join indispensable parties. On April 10, the Plaintiffs amended their complaint to add three new plaintiffs and additional allegations- as they were entitled to do as a matter of course before a responsive pleading has been served. As a result, Hilton's Motion to Dismiss has been rendered moot because it opposes a complaint that has been superseded by the Plaintiffs' Amended Complaint. *See e.g. National City Mortgage Company v. Navarro*, 220 F.R.D. 102, 104-106 (D.D.C. 2004). Accordingly, the parties agree that it is unnecessary for the Plaintiffs' to respond to Hilton's motion because it has been rendered moot.

The parties also request extensions of time with regard to Hilton's response to the Amended Complaint. Hilton requests an extension of time until May 9 to file a Motion to Dismiss and/or Answer to the Amended Complaint. The Plaintiffs request an extension of time

until June 6 to file an opposition, if an opposition is necessary. Hilton requests an extension of time until June 20, 2008 to file a reply brief, if a reply is necessary. The Parties agree on these extensions.

          Respectfully Submitted,

          GILBERT RANDOLPH, LLP

          /s/

          August J. Matteis, Jr., D.C. Bar #433068
          Gilbert Randolph LLP
          1100 New York Ave. N.W., Suite 700
          Washington D.C. 20009
          Tel: (202) 772-2200
          Fax: (202) 772-3333

          E. Elaine Gardner, D.C. Bar #271262
          Washington Lawyers' Committee For
          Civil Rights & Urban Affairs
          11 Dupont Circle, N.W., Suite 400
          Washington, D.C. 20036
          Tel: (202) 319-1000
          Fax: (202) 319-1010

DATED April 14, 2008          Counsel for Plaintiffs

          EPSTEIN BECKER & GREEN, P.C.

          /s/

          Frank C. Morris, Jr. D.C. Bar #211482
          Minh N. Vu D.C. Bar # No. 444305
          1227 25th Street, N.W., Suite 700
          Washington, D.C. 20037
          Tel: (202) 861-0900
          Fax: (202) 296-2882

|  |  |
|---|---|
|  | Lisa A. Krupicka (not admitted in D.C.)<br>Burch, Porter & Johnson, PLLC<br>130 N. Court Avenue<br>Memphis, Tennessee 38103<br>Tel: (901) 524-5121<br>Fax: (901) 524-5024 |
| DATED: April 14, 2008 | Counsel for Defendant |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al ) | |
| ) | |
| Plaintiffs, ) | Civ. No.: 1:07-cv-01528-JR |
| v. ) | |
| ) | |
| HILTON HOTELS CORPORATION ) | |
| ) | |
| Defendant ) | |

**ORDER**

Upon consideration of the Joint Motion to Relieve Plaintiffs of Their Obligation to Respond to Hilton Hotels Corporation's Motion to Dismiss and to Extend the Parties' Time to Respond, it is this __ day of __, 2008 hereby

ORDERED that this motion be, and the same hereby is, GRANTED;

ORDERED that Defendant shall file a Motion to Dismiss and/or answer by May 9, 2008.

ORDERED that Plaintiffs shall file an opposition by June 6, 2008 if an opposition is necessary.

ORDERED that Defendant shall file a reply by June 20, 2008, if a reply is necessary.

**SO ORDERED.**

_____
United States District Judge