IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ET AL., <br><br> Plaintiffs, <br><br> *v.* <br><br> HILTON HOTELS CORPORATION, <br><br> Defendant. | Civ. Action No. 1:07-cv-01528-JR |

**DEFENDANT HILTON HOTELS CORPORATION'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Federal Rules of Civil Procedure 7(b) and Local Civil Rule 7, Defendant Hilton Hotels Corporation ("Hilton") moves for leave to exceed by five pages the 45-page limit set forth in LCvR 7(e) for its Memorandum of Points and Authorities in support of its Motion to Dismiss the Amended Complaint (the "Memorandum") which it will file on or before May 9, 2008. The additional pages are necessary to allow Hilton to fully address the multiple grounds for dismissing this lawsuit which includes claims by five plaintiffs for injunctive relief as to more than 2,800 Hilton family brand hotels nationwide and monetary damages under the Americans with Disabilities Act and the D.C. Human Rights Act.

Plaintiffs consent to this motion.

                    Respectfully submitted,

                    EPSTEIN BECKER & GREEN, P.C.

                    _____/s/____Minh N. Vu__
                    Frank C. Morris, Jr. (Bar No. 211482)
                    Minh N. Vu (Bar No. 444305)
                    1227 25th Street, N.W., Suite 700
                    Washington, D.C. 20037
                    (202) 861-0900
                    (202) 296-2882 (fax)

                    Lisa A. Krupicka (admitted pro hac vice)
                    Burch, Porter & Johnson, PLLC
                    130 N. Court Avenue
                    Memphis, Tennessee 38103
                    (901) 524-5121
                    (901) 524-5024 (fax)

DATED: May 5, 2008          Counsel for Defendant

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Defendant Hilton Hotels Corporation's Motion For Leave To Exceed The Page Limit For Its Memorandum Of Points And Authorities was served this 5th day of May 2008, by electronic service, on the following:

>Elaine E. Gardner, Esq.
>Washington Lawyers' Committee for
>Civil Rights & Urban Affairs
>11 Dupont Circle, NW, Suite 400
>Washington, D.C.  20036
>
>August Matteis, Jr.
>Gilbert Randolph LLP
>1100 New York Avenue, NW
>Suite 700
>Washington, DC 20005

>_____/s/_____
>Minh N. Vu
>D.C. Bar No. 444305

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ET AL., <br><br> , <br><br>           Plaintiffs, <br><br> *v.* <br><br> HILTON HOTELS CORPORATION, <br><br>           Defendant. | Civ. Action No. 1:07-cv-01528-JR |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration Defendant Hilton Hotels Corporation's ("Hilton") Motion For Leave To Exceed The Page Limit For Its Memorandum Of Points And Authorities, it is

ORDERED, that this motion is hereby granted in its entirety, and Hilton may file a Memorandum of Points and Authorities in support of its Motion to Dismiss the Amended Complaint that is up to 50 pages in length.


Date: _____, 2008


                                              _____
                                                 United States District Judge


DC:1348673v1

1

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Proposed Order was served this 5th day of May 2008, by electronic service, on the following:

        Elaine E. Gardner, Esq.
        Washington Lawyers' Committee for
        Civil Rights & Urban Affairs
        11 Dupont Circle, NW, Suite 400
        Washington, D.C.  20036

        August Matteis, Jr.
        Gilbert Randolph LLP
        1100 New York Avenue, NW
        Suite 700
        Washington, DC 20005

                      /s/
        Minh N. Vu
        D.C. Bar No. 444305