IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILTON HOTELS CORPORATION, <br><br> Defendant. | Civ. Action No. 1:07-cv-01528-JR |

### MOTION OF DEFENDANT HILTON HOTELS CORPORATION
### TO FILE UNDER SEAL ATTACHMENTS A AND B
### TO THE SECOND DECLARATION OF TED RAYNOR

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5.1(j), Defendant Hilton Hotels Corporation ("Hilton") moves for leave to file under seal Attachments A and B to the Second Declaration of Ted Raynor filed in support of Hilton's Motion to Dismiss the Amended Complaint. Attachment A is a confidential and proprietary form management agreement developed and used by Hilton and/or its subsidiaries to establish its legal and business relationships with the owners of the hotels under Hilton's or its subsidiaries' management. Hilton treats this form agreement as a confidential document which is not disclosed to persons outside of the company and/or its subsidiaries without an agreement of confidentiality. The public disclosure of this form would result in competitive harm to Hilton by providing Hilton's competitors with non-public information about Hilton's hotel management business and the standard terms of Hilton's hotel management relationships.

Likewise, Attachment B is a confidential and proprietary form franchise agreement that Hilton has developed and used to establish its legal and business

relationships with the owners of the hotels that operate their hotels under a Hilton family brand. Hilton treats this form agreement as a confidential document which is not disclosed to persons outside of the company and/or its subsidiaries without an agreement of confidentiality. The public disclosure of this form would result in competitive harm to Hilton by providing Hilton's competitors with non-public information about Hilton's franchise business and the standard terms of Hilton's franchise relationships.

        Respectfully submitted,

        EPSTEIN BECKER & GREEN, P.C.

        _/s/ Minh N. Vu_
        Frank C. Morris, Jr. (Bar No. 211482)
        Minh N. Vu (Bar No. 444305)
        1227 25th Street, N.W., Suite 700
        Washington, D.C. 20037
        (202) 861-0900
        (202) 296-2882 (fax)

        Lisa A. Krupicka (admitted pro hac vice)
        Burch, Porter & Johnson, PLLC
        130 N. Court Avenue
        Memphis, Tennessee 38103
        (901) 524-5121
        (901) 524-5024 (fax)

DATED: May 9, 2008        Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion of Defendant Hilton Hotels Corporation to File Under Seal Attachments A and B to the Second Declaration of Ted Raynor was served this 9th day of May 2008, by electronic service, on the attorneys identified below.

> Elaine E. Gardner, Esq.
> Washington Lawyers' Committee for
> Civil Rights & Urban Affairs
> 11 Dupont Circle, NW, Suite 400
> Washington, D.C. 20036
>
> August Matteis, Jr.
> Benjamin Davidson
> Gilbert Randolph LLP
> 1100 New York Avenue, NW
> Suite 700
> Washington, DC 20005

/s/
Minh N. Vu
D.C. Bar No. 444305

DC:1394490v1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al., <br>                 Plaintiffs, <br> *v.* <br> HILTON HOTELS CORPORATION, <br>                 Defendant. | Civ. Action No. 1:07-cv-01528-JR |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant Hilton Hotels Corporation's ("Hilton") Motion to File under Seal Attachments A and B to the Second Declaration of Ted Raynor filed in support of its Motion to Dismiss to the Amended Complaint, it is

ORDERED, that Hilton's Motion to File Under Seal is hereby granted in its entirety, and these documents shall be accepted for filing under seal.

Date: _____, 2008

                                                                                              United States District Judge

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Proposed Order was served this 9th day of May 2008, by electronic service, on the following:

>Elaine E. Gardner, Esq.
>Washington Lawyers' Committee for
>Civil Rights & Urban Affairs
>11 Dupont Circle, NW, Suite 400
>Washington, D.C. 20036


>August Matteis, Jr.
>Benjamin Davidson
>Gilbert Randolph LLP
>1100 New York Avenue, NW
>Suite 700
>Washington, DC 20005


>Attorneys for Plaintiffs

_/s/_
Minh N. Vu
D.C. Bar No. 444305