### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et al.*,    :
                                                :
       Plaintiffs,    :
                                                :
   v.                                     :   Civil Action No. 07-1528 (JR)
                                                :
HILTON HOTELS CORPORATION,    :
                                                :
       Defendant.    :

### **ORDER**

      Defendant's motion to dismiss [#20], being unopposed for 21 days after its filing, is **granted as conceded** pursuant to LCvR 7(b), and plaintiff's amended complaint [#17] is **dismissed.**


                                             JAMES ROBERTSON
                             United States District Judge