AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center, et al

      Plaintiff(s)

vs.

Hilton Hotels Corporation

      Defendant(s)

**APPEARANCE**

CASE NUMBER 1:07-cv-01528-JR

To the Clerk of this court and all parties of record:

Please enter the appearance of  E. Elaine Gardner  as counsel in this
                                   (Attorney's Name)

case for: American Association of People with Disabilities, Wendy Elliot-Vandivier and Mark Johnson
                                (Name of party or parties)

June 3, 2008
Date

271262
BAR IDENTIFICATION

*[signature]*
Signature

E. Elaine Gardner
Print Name

11 Dupont Circle NW, Suite 400
Address

Washington DC 20036
City    State    Zip Code

202-319-1000
Phone Number