IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILTON HOTELS CORPORATION, <br><br> Defendant. | Civ. Action No. 1:07-cv-01528-JR |

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR HILTON HOTELS CORPORATION TO FILE A REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7, Defendant Hilton Hotels Corporation ("Hilton") moves for a one-week extension of time to June 27, 2008 to file its Reply Memorandum of Points and Authorities in Support of Its Motion to Dismiss the Amended Complaint which is presently due on June 20, 2008. Hilton is requesting this extension to accommodate its counsel's business travel schedule and unexpected work obligations. Plaintiffs consent to the requested extension.

Dated: May 9, 2008                                    Respectfully submitted,

                                                      EPSTEIN BECKER & GREEN, P.C.

                                                      _____/s/_____Minh N. Vu__
                                                      Frank C. Morris, Jr. (Bar No. 211482)
                                                      Minh N. Vu (Bar No. 444305)
                                                      1227 25th Street, N.W., Suite 700
                                                      Washington, D.C. 20037
                                                      (202) 861-0900
                                                      (202) 296-2882 (fax)

DC:1429626v1

1

        Lisa A. Krupicka (not admitted in D.C.)
        Burch, Porter & Johnson, PLLC
        130 N. Court Avenue
        Memphis, Tennessee 38103
        (901) 524-5121
        (901) 524-5024 (fax)

        Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Extension of Time was served this 9th day of June 2008, by electronic service, on the following:

        Elaine E. Gardner, Esq.
        Washington Lawyers' Committee for
        Civil Rights & Urban Affairs
        11 Dupont Circle, NW, Suite 400
        Washington, D.C.  20036

        August Matteis, Jr., Esq.
        Benjamin Davidson, Esq.
        Gilbert Randolph LLP
        1100 New York Avenue, NW
        Suite 700
        Washington, DC 20005

        _____/s/_____
        Minh N. Vu
        D.C. Bar No. 444305

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ET AL.,<br><br>,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>HILTON HOTELS CORPORATION,<br><br>　　　　　　Defendant. | Civ. Action No. 1:07-cv-01528-JR |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration of the Consent Motion for an Extension of Time for Hilton Hotels Corporation ("Hilton") to File a Reply Memorandum of Points and Authorities In Support of Its Motion to Dismiss the Amended Complaint ("Reply Memorandum"), it is

ORDERED, that this Motion is hereby granted in its entirety, and Hilton's time for filing its Reply Memorandum is hereby extended to June 27, 2008.

Date: _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Proposed Order was served this 9th day of June 2008, by electronic service, on the following:

>Elaine E. Gardner, Esq.
>Washington Lawyers' Committee for
>Civil Rights & Urban Affairs
>11 Dupont Circle, NW, Suite 400
>Washington, D.C. 20036


>August Matteis, Jr.
>Benjamin Davidson
>Gilbert Randolph LLP
>1100 New York Avenue, NW
>Suite 700
>Washington, DC 20005


>_____/s/_____
>Minh N. Vu
>D.C. Bar No. 444305