# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | Civ. No.: 1:07-cv-01528-JR |
| v. | ) ) | |
| HILTON HOTELS CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), and Local Civil Rule 84.7 (d)(2) the Equal Rights Center, the American Association of People with Disabilities, Marc Fiedler, Mark Johnson, Wendy Elliot-Vandivier, and Hilton Hotels Corporation (collectively "Parties") hereby notify the Court that they have reached a settlement agreement and they wish for this action to be dismissed with prejudice.

Dated: July 12, 2010                                                                 Respectfully submitted,


| | |
|---|---|
| \_\_\_\_\_/s/ August J. Matteis_____ | _____/s/ E. Elaine Gardner_____ |
| August J. Matteis, Jr. (Bar No. 433068) | E. Elaine Gardner (Bar No. 271262) |
| Benjamin R. Davidson   (Bar No. 975509) | WASHINGTON LAWYERS' COMMITTEE |
| GILBERT LLP | FOR CIVIL RIGHTS & URBAN AFFAIRS |
| 1100 New York Avenue, NW | 11 Dupont Circle, NW |
| Suite 700 | Suite 400 |
| Washington, DC 20005 | Washington, DC 20035 |
| (202) 772-2200 | (202) 319-1000 |
| (202) 772-3333 (fax) | (202) 319-1010 (fax) |
| | |
| | Counsel for Plaintiffs |

| | |
|---|---|
| _____/s/ Minh N. Vu_____ | _____/s/_Lisa A. Krupicka_____ |
| Minh N. Vu (Bar No. 444305) | Lisa A. Krupicka (admitted pro hac vice) |
| SEYFARTH SHAW LLP | BURCH, PORTER & JOHNSON, PLLC |
| 975 F Street, N.W. | 130 N. Court Avenue |
| Washington D.C. 20006 | Memphis, Tennessee 38103 |
| (202) 828-5337 | (901) 524-5121 |
| (202) 641-9279 (fax) | (901) 524-5024 (fax) |

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I, August J. Matteis, Jr., hereby certify that the foregoing Joint Stipulation was served electronically this day to Hilton's counsel:

>Minh N. Vu
>Seyfarth Shaw LLP
>975 F Street, N.W.
>Washington D.C. 20006
>
>Lisa A. Krupicka, Esq.
>Burch, Porter & Johnson, PLLC
>130 N. Court Avenue
>Memphis, Tennessee 38103

>_____/s/_____
>August J. Matteis, Jr. (DC Bar No. 433068)